# United States District Court

DISTRICT OF

Arthur Langton

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

McDonalds Corporation &
Lonquist Management Co., LLC.

[redacted] 05 404S

TO: (Name and address of defendant)

Lonquist Management Co., LLC.
Anthony DiOrio- Jackson Lewis LLP
127 Dorrance Street
Providence, RI 02903

REGISTERED AGENT:
BRUCE LEACH
ONE TURKS HEAD PL.
SUITE 1010
PROVIDENCE, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stephen T. Fanning, Esq.
305 South Main Street
Providence, Rhode Island
02903
401-272-8250
401-272-4520 FAX

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time afte- service.

CLERK

DATE 9-23-05

(BY) DEPUTY CLERK

440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

FILED 2005 OCT 14 P 3:31 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 9/30/05 |
| NAME OF SERVER (PRINT) Edwin J Semper Jr | TITLE Federal Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (specify): Served AFS Bruce Lesch for Lenquist Management Co LLC At 1 Turks Head Place Prov RI

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 45 | 45 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/30/05
*Date*

Edwin J Semper
*Signature of Server*

56 Hunters Run
N. Prov RI
*Address of Server*

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.