**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ARTHUR E. LANGTON,**<br><br>**Plaintiff,**<br><br>**- against -**<br><br>**McDONALD'S CORPORATION & LONQUIST MANAGEMENT CO., LLC.,**<br><br>**Defendants.** | : | **C.A. No.: 05-404S**<br><br>**Rule 7.1 Statement** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Lonquist Management Co., LLC. is a non-governmental corporate party which is neither owned by any parent corporation nor is publicly held.

JACKSON LEWIS LLP
127 Dorrance Street, 4th Floor
Providence, Rhode Island 02903
(401) 490-3444

By: ______________________________
Anthony J. DiOrio (#3419)

ATTORNEYS FOR DEFENDANT
LONQUIST MANAGEMENT CO., INC.

Dated: November 7, 2005
Providence, Rhode Island

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ARTHUR E. LANGTON,** **Plaintiff,** | : | |
| **- against -** | : | **C.A. No.: 05-404S** |
| **McDONALD'S CORPORATION & LONQUIST MANAGEMENT CO., LLC.,** | : | **Certificate of Service** |
| **Defendants.** | : | |

The undersigned hereby certifies that a true and correct copy of Defendant's Rule 7.1 Statement has been served by mailing a copy of the same, via First Class United States mail, this 7th day of November, 2005, to:

Stephen T. Fanning, Esq.
305 South Main Street
Providence, Rhode Island 02903

Anthony J. DiOrio