UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ARTHUR E. LANGTON, Plaintiff, | : | |
| - against - | : | C.A. No.: 05-404S |
| McDONALD'S CORPORATION & LONQUIST MANAGEMENT CO., LLC., Defendants. | : | |

**ENTRY OF APPEARANCE**

The undersigned hereby formally enters his appearance as counsel for Defendant Lonquist Management Co., Inc.

Dated: November 7, 2005
Providence, Rhode Island

Defendants,
By Their Attorneys,

Anthony J. DiOrio (#3419)

JACKSON LEWIS LLP
127 Dorrance Street
4th Floor
Providence, Rhode Island 02903
Telephone: (401) 490-3444

*and*

One North Broadway, Suite 1502
White Plains, New York 10601
Telephone: (914) 328-0404

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ARTHUR E. LANGTON,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **- against -** | : | **C.A. No.: 05-404S** |
| | : | |
| **McDONALD'S CORPORATION &** | : | |
| **LONQUIST MANAGEMENT CO., LLC.,** | : | **Rule 7.1 Statement** |
| | : | |
| **Defendants.** | : | |

## CERTIFICATE OF SERVICE

I certify that on the 7th day of November, 2005, a copy of the foregoing Entry of Appearance was mailed, first class, postage prepaid, to the following attorneys of record:

Stephen T. Fanning, Esq.
305 South Main Street
Providence, Rhode Island 02903

Anthony J. DiOrio, Esq.