UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ARTHUR E. LANGTON, Plaintiff | ) | C.A. No. 05-404-S(DLM) |
| v. | ) | |
| MCDONALD'S CORPORATION and LONQUIST MANAGEMENT CO., LLC., Defendants | ) | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, defendant McDonald's Corporation ("McDonald's") states that:

1. It has no parent corporation; and
2. No publicly held corporation owns 10% or more of its stock.

Gordon P. Cleary, Esq., No. 1948
VETTER & WHITE
Attorneys for Defendant McDonald's Corporation
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Of Counsel:

Mark W. Batten, Esq.
Eben A. Krim, Esq.
PROSKAUER ROSE LLP
One International Place - 22nd Floor
Boston, Massachusetts 02110-2600
(617) 526-9850
(617) 526-9899 FAX

Dated: November 14, 2005

CERTIFICATE OF SERVICE

To:

Stephen T. Fanning, Esq.
305 South Main Street
Providence, RI 02903

Anthony J. DiOrio, Esq.
Jackson Lewis LLP
127 Dorrance Street - 4th Floor
Providence, RI 02903

I hereby certify that I served on the above-named counsel of record a copy of the within Corporate Disclosure Statement by mailing first class mail, postage prepaid, on the 14th day of November, 2005.

Lisa A. Lariviere