UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
JAN 19 2006
Property of U.S. District Court
District of Rhode Island

| | | |
|---|---|---|
| ARTHUR E. LANGTON, Plaintiff | ) | C.A. No. 05-404-S(DLM) |
| v. | ) | |
| MCDONALD'S CORPORATION and LONQUIST MANAGEMENT CO., LLC., Defendants | ) | |

**DISMISSAL STIPULATION**

Plaintiff and defendants hereby stipulate that the within action may be dismissed as to defendant McDonald's Corporation with prejudice, no costs taxed.

Stephen T. Fanning, No. 3900
Attorney for Plaintiff
305 South Main Street
Providence, Rhode Island 02903
(401) 272-8250
(401) 272-4520 FAX

Gordon P. Cleary, No. 1948
VETTER & WHITE
Attorneys for Defendant McDonald's Corp.
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Anthony J. DiOrio, No. 3419
JACKSON LEWIS LLP
Attorneys for Defendant Lonquist Management Co., LLC
127 Dorrance Street – 4th Floor
Providence, Rhode Island 02903
(401) 490-3444
(401) 454-8855 FAX

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 1/19/06

Dated: December 21, 2005

## CERTIFICATE OF SERVICE

To:

Stephen T. Fanning, Esq.
305 South Main Street
Providence, RI 02903

Anthony J. DiOrio, Esq.
Jackson Lewis LLP
127 Dorrance Street - 4th Floor
Providence, RI 02903

I hereby certify that I served on the above-named counsel of record a copy of the within Dismissal Stipulation by mailing first class mail, postage prepaid, on the 19th day of January, 2006.

Lisa A. Lariviere