**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

ARTHUR LANGTON,
Plaintiff

C.A. No. 05-404S

v.

LONQUIST MANAGEMENT CO., LLC.
Defendant

## DISMISSAL STIPULATION

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff and Defendant in the above matter stipulate to the dismissal of this action in its entirety including all claims and counterclaims. This dismissal is with prejudice and without any award of fees, costs or other monetary sanctions to either Plaintiff or Defendant. Defendant McDonald's Corporation had previously been dismissed form this action. This dismissal stipulation pertains to Defendant Lonquist Management Co., LLC., and any other remaining Defendants.

Plaintiff
By His Attorney

Stephen T. Fanning, Esq. #3900
305 South Main Street
Providence, RI 02903
401-272-8250
401-272-4520 fax

Defendant
By Their Attorney

Anthony J. DiOrio (#3419)
Jackson Lewis Co., LLP
One North Broadway, Suite 1502
White Plains, NY 10601
Telephone 914-328-0404

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 7/18/06